## United States Bankruptcy Court
### District of Rhode Island

In re   **Bruneau Antiques Inc dba Bruneau & Co Auctioneers**     Case No. _____
                                               Debtor(s)     Chapter    **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Kevin Bruneau**, declare under penalty of perjury that I am the **President** of **Bruneau Antiques Inc dba Bruneau & Co Auctioneers**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Kevin Bruneau, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Kevin Bruneau, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Kevin Bruneau, President** of this Corporation is authorized and directed to employ **Stephen P. Levesque 5742**, attorney and the law firm of **Stephen P. Levesque, Esq**, to represent the corporation in such bankruptcy case."

Date   **February 3, 2025**                 Signed   **/s/ Kevin Bruneau**
                                                                                   Kevin Bruneau

Resolution of Board of Directors
of
**Bruneau Antiques Inc dba Bruneau & Co Auctioneers**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Kevin Bruneau, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Kevin Bruneau, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Kevin Bruneau, President** of this Corporation is authorized and directed to employ **Stephen P. Levesque 5742**, attorney and the law firm of **Stephen P. Levesque, Esq**, to represent the corporation in such bankruptcy case.

Date  **February 3, 2025**                             Signed  _[signature]_____

Date  **February 3, 2025**                             Signed  _____

# United States Bankruptcy Court
## District of Rhode Island

In re  Bruneau Antiques Inc dba Bruneau & Co Auctioneers           Case No.  _____
                                Debtor(s)                          Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Bruneau Antiques Inc dba Bruneau & Co Auctioneers  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Kevin Bruneau
17 Shepards Run
North Scituate, RI 02857

☐ None [*Check if applicable*]

February  3, 2025                     /s/ Stephen P. Levesque
Date                                  Stephen P. Levesque 5742
                                      Signature of Attorney or Litigant
                                      Counsel for   Bruneau Antiques Inc dba Bruneau & Co Auctioneers
                                      Stephen P. Levesque, Esq,
                                      165 Burnside Street
                                      2nd Floor
                                      Cranston, RI 02910
                                      401-490-4900 Fax:401-490-4901
                                      customerservice@spllaw.com